# United States Bankruptcy Court

## District of Connecticut



In re:  Ho Wan Kwok

Debtor(s)

APPELLANT:
Amazon.com, Inc.
Amazon Web Services, Inc.

Case Number: 22-50073(JAM)

Chapter: 11

U.S. District Court Case No:

Filing Fee Status:

[✓] Paid  [ ] Not Paid  [ ] IFP Granted

**TRANSMITTAL NOTICE TO U.S. DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT REGARDING APPEALS AND APPELLATE DOCUMENTS**

**NOTICE OF APPEAL INFORMATION**

Notice of Appeal Filed: March 4, 2025

BKY ECF No.[1] : 4191

Filing Fee Status: [✓] Paid/ [ ] Not Paid/ [ ] IFP Granted

If Not Paid, Motion to Proceed in *Forma Pauperis* Filed: [ ] Yes, BKY ECF No. _____ / [ ] No

Appellant Name : Amazon.com, Inc.
Amazon Web Services, Inc.

Appellant Address :

Appellant's Counsel and Address (Address/Phone/Email):  Brian T. Peterson
Ruby A. Nagamine
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Phone: (206) 623-7580
E-mail: brian.peterson@klgates.com
ruby.nagamine@klgates.com
- and -
Lindsay Sampson Bishop
K&L Gates LLP
1 Congress St.
Boston, MA 02114
Phone: (617) 261-3100
E-mail: lindsay.bishop@klgates.com

---

[1] ECF No(s). citations referenced in this Transmittal Notice refer to docket entries of the U.S. Bankruptcy Court for the case in which the notice of appeal was filed, unless otherwise noted.

Appellee(s) Name : Luc A. Despins, as Chapter 11 Trustee

Appellee(s) Address :

Appellee(s) Counsel and Address (Address/Phone/Email): Douglas S. Skalka
Patrick R. Linsey
Neubert, Pepe & Monteith, P.C.
195 Church St., 13th Fl.
New Haven, CT 06510
Phone: (203) 821-2000
E-mail: dskalka@npmlaw.com
plinsey@npmlaw.com
- and -
Douglass Barron
Paul Hastings LLP
200 Park Ave.
New York, NY 10166
Phone: (212) 318-6000
E-mail: douglassbarron@paulhastings.com
- and –
Nicholas A. Bassett
Paul Hastings LLP
2050 M St. NW
Washington, D.C. 20036
Phone: (202) 551-1902
Email: nicholasbassett@paulhastings.com

Other Interested Party Information:

## DOCUMENTS TRANSMITTED TO THE DISTRICT COURT

**Please find the following items attached to this Transmittal Notice:**

- [✓] Notice of Appeal, BKY ECF No. 4191
- [ ] Amended Notice of Appeal, BKY ECF No. _____
- [ ] Cross Appeal, BKY ECF No. _____
- [ ] Motion for Leave to Appeal, BKY ECF No. _____
- [✓] Order / Decision being appealed
    Title of Order / Decision: Order Granting Second Supplemental Motion of Chapter 11 Trustee To Extend February 15, 2025 Deadline For Trustee To File Avoidance Actions.
    BKY ECF No.: 4106
    Additional Information (If Any)
    _____
- [ ] Deficiency Notice Issued for Failure to Pay Filing Fee, BKY ECF No.
- [ ] Motion to Proceed *in Forma Pauperis*, BKY ECF No.
    - [ ] Order, BKY ECF No. _____
    Resolution of Motion:
    _____
- [ ] The Record
    - [ ] Appellant's Designation of Items, BKY ECF No. _____
        - [ ] Included in the Electronic Docket Sheet
    - [ ] Appellant's Statement of Issues, BKY ECF No. _____
        - [ ] Included in the Electronic Docket Sheet
    - [ ] Appellee's Designation of Items, BKY ECF No. _____
        - [ ] Included in the Electronic Docket Sheet
    - [ ] Appellee's Statement of Issues, BKY ECF No. _____
        - [ ] Included in the Electronic Docket Sheet
    - [ ] Electronic Docket Sheet for Bankruptcy Case Number: _____
    - [ ] Electronic Docket Sheet for Adversary Proceeding Case Number: _____
    - [ ] Transcripts: _____
    - [ ] Sealed Documents: _____
        Sealed documents will not be transmitted until an order is entered by the U.S. District Court accepting the documents under seal pursuant to Fed. R. Bankr. P. 8009(f).
    - [ ] Court Exhibits (Paper Copies): _____
    - [ ] Other Documents: _____
- [ ] Other: _____

Transmitted By: Karen M. Garofalo                    Date: March 5, 2025
        Deputy Clerk, U.S. Bankruptcy Court

# United States Bankruptcy Court

## District of Connecticut

In re: Ho Wan Kwok

Debtor(s)

APPELLANT:
Amazon.com, Inc.
Amazon Web Services, Inc.

Case Number: 22-50073(JAM)

Chapter: 11

U.S. District Court Case No:

Filing Fee Status:
☑ Paid  ☐ Not Paid  ☐ IFP Granted

Regarding:

Notice of Appeal Filed: March 4, 2025

Notice of Appeal, BKY ECF No. 4191

### Acknowledgement by U.S. District Court

[X] I hereby acknowledge receipt of the items indicated on the Transmittal Notice referenced above.

*If Notice of Appeal and/or Motion for Leave to Appeal Received:*

**The following U.S. District Court number has been assigned:** 25-cv-00331-SFR

Acknowledged By: /s/Nick Fanelle    Date: 3/6/2025
Deputy Clerk, U.S. District Court

# CTDdb_BankruptcyAppeals

| | |
|---|---|
| **From:** | CTBECF_Courtmail@ctb.uscourts.gov |
| **Sent:** | Wednesday, March 5, 2025 10:40 AM |
| **To:** | Courtmail@ctb.uscourts.gov |
| **Subject:** | 22-50073 Transmittal regarding Appeal and/or related documents (USDC) |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

## U.S. Bankruptcy Court

## District of Connecticut

Notice of Electronic Filing

The following transaction was received from kg entered on 3/5/2025 at 10:39 AM EST and filed on 3/5/2025

**Case Name:** Ho Wan Kwok
**Case Number:** 22-50073
**Document Number:** 4192

**Docket Text:**
Transmittal of Notice of Appeal to U.S. District Court (RE: [4191] Notice of Appeal (Attachments: # (1) Notice of Appeal # (2) Order Granting Third Motion for Extension of Deadline for Trustee to File Avoidance Actions)(kg)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** 1-Transmittal NOA 4191.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1018027260 [Date=3/5/2025] [FileNumber=15841665-0
] [184cc692b378008915bbd1491f57fdcbc6e94f7532f6372b68296832ae61c56d6e0
d22b0a6179f0d367ef5e5748b63defce3251b97790cb662bf44f997198bff]]
**Document description:** Notice of Appeal
**Original filename:** C:\fakepath\NOA 4191.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1018027260 [Date=3/5/2025] [FileNumber=15841665-1
] [1a815a4f0362d318f6a079bb7205d72353285d56276c79c1422354b8f108936088d
9c3fafeef200b85f33bd11715c8e14ba4066003c3cf26c05586cbf4708a23]]
**Document description:** Order Granting Third Motion for Extension of Deadline for Trustee to File Avoidance Actions