UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,<br><br>　　　　Debtors. | Case No. 3:25-cv-00331-SFR |

**AMAZON WEB SERVICES, INC.'S CORPORATE OWNERSHIP STATEMENT**

Amazon Web Services, Inc. provides the following corporate ownership statement pursuant to Federal Rule of Civil Procedure 7.1(a). Amazon Web Services, Inc. is wholly owned by AWSHC, Inc., a Delaware corporation. AWSHC, Inc. is wholly owned by Amazon.com, Inc., a Delaware corporation. Amazon.com, Inc. has no parent company, and no other publicly-held company owns 10% or more of Amazon.com, Inc.'s stock.

Dated: March 14, 2025
　　　　Seattle, Washington.

　　　　　　　　　　　　　　　　　　　　K&L GATES LLP

　　　　　　　　　　　　　　　　　　　　By: */s/ Lindsay Sampson Bishop*
　　　　　　　　　　　　　　　　　　　　Lindsay Sampson Bishop (ct29990)
　　　　　　　　　　　　　　　　　　　　K&L GATES LLP
　　　　　　　　　　　　　　　　　　　　1 Congress Street
　　　　　　　　　　　　　　　　　　　　Boston, MA 02114
　　　　　　　　　　　　　　　　　　　　Tel: (617) 261-3100
　　　　　　　　　　　　　　　　　　　　Email: lindsay.bishop@klgates.com

　　　　　　　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　　　　　　　　　By: */s/ Brian T. Peterson*
　　　　　　　　　　　　　　　　　　　　Brian T. Peterson *(phv208265)*
　　　　　　　　　　　　　　　　　　　　K&L GATES LLP
　　　　　　　　　　　　　　　　　　　　925 Fourth Avenue, Suite 2900
　　　　　　　　　　　　　　　　　　　　Seattle, WA 98104
　　　　　　　　　　　　　　　　　　　　Tel: (206) 623-7580
　　　　　　　　　　　　　　　　　　　　Email: brian.peterson@klgates.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Amazon Web Services, Inc.*

509119883.4

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

By: <u>*/s/ Brian T. Peterson*</u>
Brian T. Peterson
