# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,<br><br>Debtors. | Case No. 3:25-cv-00331-SFR |

## STATEMENT OF NO OBJECTION TO CONSOLIDATION OF APPEALS

On March 11, 2025, counsel for Appellants Amazon Web Services, Inc. and Amazon.com, Inc. (collectively "Amazon") participated as a non-party in a status conference held by the Honorable Sarala V. Nagala, who is presiding over multiple appeals of the Bankruptcy Court's February 14, 2025 *Order Granting In Part Third Motion For Extension of Deadline for Trustee to File Avoidance Actions* [ECF No. 4016] (the "Extension Order"). *See e.g.*, 25-cv-297; 25-cv-280; 25-cv-261; 25-cv-263. Amazon hereby provides notice that it does not object to consolidation of the pending related appeals of the Extension Order, as well as the pending appeals in Case No. 3:24-cv-284 of the Bankruptcy Court's *Order Granting Second Motion for Extension of Deadline for Trustee to File Avoidance Actions*. Additionally, Amazon states that it has no objection to the Honorable Sarala V. Nagala entering one or more orders consolidating such appeals.

Dated: March 14, 2025
       Seattle, Washington.

                                              K&L GATES LLP

                                              By: */s/ Lindsay Sampson Bishop*
                                              Lindsay Sampson Bishop (ct29990)
                                              K&L GATES LLP
                                              1 Congress Street
                                              Boston, MA 02114
                                              Tel: (617) 261-3100
                                              Email: lindsay.bishop@klgates.com

509121512.3

-and-

By: */s/ Brian T. Peterson*
Brian T. Peterson *(phv208265)*
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Tel: (206) 623-7580
Email: brian.peterson@klgates.com

*Counsel for Amazon Web Services, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

By: */s/ Brian T. Peterson*
Brian T. Peterson
